UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MARTINA REYES, | ) | Civ. 11-4046-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER DISMISSING CASE |
| | ) | |
| HEALTH QUEST INC. and | ) | |
| SUNQUEST HEALTHCARE CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Martina Reyes, moves to dismiss this case with prejudice because the parties have resolved the matter. Good cause appearing, it is

ORDERED that plaintiff's motion (Docket 7) is granted, and this case is dismissed with prejudice, and with each party to pay their own costs.

Dated June 9, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE